UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.        Case No. 06-C-0707

DANIAL KLEINHANS a/k/a, DANIEL KLEINHANS,
JUSTINE KLEINHANS, GREAT MIDWEST BANK,
WOLDT FARMS, LLC, KEITH BIESE,
ROSE BIESE, and COUNTRY MIX, INC.,

    Defendants.

**ORDER**

The Court has been informed that this action must be stayed because the defendants have filed bankruptcy.

IT IS THEREFORE ORDERED that, because there appears to be no reason at this time, due to the filing of a bankruptcy by Danial and Justine Kleinhans, to maintain the file as an open one for statistical purposes, the Clerk of Court is instructed to submit a JS-6 form to the Administrative Office, thereby closing the case for statistical purposes.

IT IS FURTHER ORDERED that nothing in this order shall be considered a dismissal or disposition of this matter, and any party may move toreopen the case at any time by advising the Court and the opposing parties in writing that it is ready to proceed with the case and that the automatic stay under the bankruptcy is no longer in effect.

Dated at Green Bay, Wisconsin, this   26th   day of October, 2006.

                            s/ William C. Griesbach
                            HONORABLE William C. Griesbach
                            United States District Judge